JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MANJIKIAN, | Case No. CV 23-8642 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is **dismissed without prejudice** The parties shall bear their own fees and costs.

Dated this 8th day of July, 2024.

/s/
Fernando M. Olguin
United States District Judge